**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
lking@kaplanfox.com
Blair E. Reed (SBN 316791)
breed@kaplanfox.com
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
mdb@kuzykclassactions.com
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHN GATTO and ALANNAH FASCHEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>INTERNATIONAL VITAMIN CORPORATION AND NUTRA MANUFACTURING, LLC<br><br>Defendants. | Case No. 8:21-cv-00889-JLS-DFM<br><br>**NOTICE OF PLAINTIFF JOHN GATTO'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Josephine L. Staton<br>Crtrm: 10A |

Case No. 8:21-cv-00889-JLS-DFM
PLAINTIFF JOHN GATTO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiff John Gatto voluntarily dismisses without prejudice the above captioned action against defendants International Vitamin Corporation and its subsidiary Nutra Manufacturing, LLC (collectively "Defendants").  Defendants have not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification.  Dismissal without prejudice is therefore appropriate without a court order.  Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for a certified class).

DATED:  June 6, 2022

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
           Laurence D. King

Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email:  lking@kaplanfox.com
            breed@kaplanfox.com

**KUZYK LAW, LLP**
Michael D. Braun
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311
Email:  mdb@kuzykclassactions.com

*Counsel for Plaintiffs and the Proposed Class*