# EXHIBIT A

| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| 2 | Laurence D. King (SBN 206423) |
| | lking@kaplanfox.com |
| 3 | Blair E. Reed (SBN 316791) |
| | breed@kaplanfox.com |
| 4 | 1999 Harrison Street, Suite 1560 |
| | Oakland, CA 94612 |
| 5 | Telephone: (415) 772-4700 |
| | Facsimile: (415) 772-4707 |
| 6 | **KUZYK LAW, LLP** |
| 7 | Michael D. Braun (SBN 167416) |
| | mdb@kuzykclassactions.com |
| 8 | 1999 Avenue of the Stars, Ste. 1100 |
| | Los Angeles, CA 90067 |
| 9 | Telephone: (213) 401-4100 |
| | Facsimile: (213) 401-0311 |
| 10 | *Counsel for Plaintiffs and the Proposed Class* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHN GATTO and ALANNAH FASCHEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL VITAMIN CORPORATION AND NUTRA MANUFACTURING, LLC,<br><br>Defendants. | Case No. 8:21-cv-00889-JLS-DFM<br><br>**CORRECTED NOTICE OF PLAINTIFF JOHN GATTO'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Josephine L. Staton<br>Crtrm: 10A |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41, Plaintiff John Gatto voluntarily dismisses without prejudice the above captioned action as to himself only against defendants International Vitamin Corporation and its subsidiary Nutra Manufacturing, LLC (collectively "Defendants"). Defendants have not served an answer or a motion for summary judgment in this proceeding and Plaintiff Gatto has not filed a motion for class certification. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for a certified class). This notice applies to the claims of Plaintiff Gatto only and the claims of Plaintiff Faschel shall continue unaffected.

DATED: June 6, 2022

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Laurence D. King*
       Laurence D. King

Laurence D. King (SBN 206423)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email:  lking@kaplanfox.com
          breed@kaplanfox.com

**KUZYK LAW, LLP**
Michael D. Braun
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311
Email:  mdb@kuzykclassactions.com

*Counsel for Plaintiffs and the Proposed Class*